Adam R. Alper (SBN 196834)
Reza Dokhanchy (SBN 287684)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
adam.alper@kirkland.com
reza.dokhanchy@kirkland.com
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, California 90071
michael.devries@kirkland.com
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Plaintiff
ALLROUNDS, INC.

*[Additional counsel listed on signature page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AllRounds, Inc.,<br><br>    Plaintiff,<br><br>vs.<br><br>eShares, Inc. d/b/a/ Carta, Inc.,<br>Carta Capital Markets, LLC,<br>Carta Securities, LLC,<br>DFJ Management, LLC,<br>Threshold Management LLC,<br>DFJ Growth Management, LLC,<br>Draper Fisher Jurvetson Mercury Venture Partners, L.P., and<br>Draper Associates, L.P.,<br><br>    Defendants. | CASE NO.  3:20-cv-7083<br><br>**PLAINTIFF ALLROUNDS, INC.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that as of this date, Plaintiff AllRounds, Inc. has no parent corporation, and no publicly-held corporation owns 10% or more of its stock.

DATED:  October 9, 2020                          Respectfully submitted,

*/s/ Adam R. Alper*
Adam R. Alper (SBN 196834)
Reza Dokhanchy (SBN 287684)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
adam.alper@kirkland.com
reza.dokhanchy@kirkland.com
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, California 90071
michael.devries@kirkland.com
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Ellisen Shelton Turner (SBN 224842)
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, California 90067
ellisen.turner@kirkland.com
Telephone: (310) 552-4200
Facsimile: (310) 552-5900

Leslie M. Schmidt (*pro hac* to be filed)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
leslie.schmidt@kirkland.com
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Kristina Hendricks (*pro hac* to be filed)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654

CORPORATE DISCLOSURE STATEMENT            1                     CASE NO. 3:20-cv-7083

kristina.hendricks@kirkland.com
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Attorneys for Plaintiff
ALLROUNDS, INC.