| | |
|---|---|
| Gabriel M. Ramsey (State Bar No. 209218) <br> GRamsey@crowell.com <br> Molly A. Jones (State Bar No. 301419) <br> MoJones@crowell.com <br> CROWELL & MORING LLP <br> 3 Embarcadero Center, 26th Floor <br> San Francisco, CA 94111 <br> Telephone: 415.986.2800 <br> Facsimile:  415. 986.2827 <br><br> Attorneys for Defendants <br> ESHARES, INC. DBA CARTA, INC., CARTA CAPITAL MARKETS, LLC AND CARTA SECURITIES, LLC <br><br> MANATT, PHELPS & PHILLIPS, LLP <br> Christopher L. Wanger (CA Bar No. 164751) <br> cwanger@manatt.com <br> One Embarcadero Center, 30th Floor <br> San Francisco, CA 94111 <br> Telephone: (415) 291-7400 <br> Facsimile:  (415) 291-7474 <br><br> Attorneys for Defendants, <br> DFJ MANAGEMENT, LLC, THRESHOLD MANAGEMENT LLC, DFJ GROWTH MANAGEMENT, LLC, DRAPER FISHER JURVETSON MERCURY VENTURE PARTNERS, L.P., DRAPER ASSOCIATES, L.P., AND TIMOTHY DRAPER | Adam R. Alper (SBN 196834) <br> Reza Dokhanchy (SBN 287684) <br> KIRKLAND & ELLIS LLP <br> 555 California Street <br> San Francisco, California 94104 <br> adam.alper@kirkland.com <br> reza.dokhanchy@kirkland.com <br> Telephone: (415) 439-1400 <br> Facsimile: (415) 439-1500 <br><br> Michael W. De Vries (SBN 211001) <br> KIRKLAND & ELLIS LLP <br> 555 South Flower Street, Suite 3700 <br> Los Angeles, California 90071 <br> michael.devries@kirkland.com <br> Telephone:   (213) 680-8400 <br> Facsimile:    (213) 680-8500 <br> Attorneys for Plaintiff <br> ALLROUNDS, INC. |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLROUNDS, INC., <br>          PLAINTIFF, <br>      V. <br> ESHARES, INC. D/B/A CARTA, INC., CARTA CAPITAL MARKETS, LLC, CARTA SECURITIES, LLC, DFJ MANAGEMENT, LLC, THRESHOLD MANAGEMENT LLC, DFJ GROWTH MANAGEMENT, LLC, DRAPER FISHER JURVETSON MERCURY VENTURE PARTNERS, L.P., DRAPER ASSOCIATES, L.P., AND TIMOTHY DRAPER, <br>          Defendants. | Case No. 3:20-cv-07083-VC <br><br> **JOINT STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND FOR BRIEFING SCHEDULE ON MOTION TO DISMISS** |

JOINT STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND FOR BRIEFING SCHEDULE ON MOTION TO DISMISS; CASE NO. 3:20-CV-07083-VC

SFACTIVE-905889161.3

1    Plaintiff, AllRounds, Inc. ("Plaintiff"); Defendants eShares, Inc. dba Carta, Inc., Carta
2    Capital Markets, LLC, Carta Securities, LLC; and Defendants DFJ Management, LLC, Threshold
3    Management, LLC, DFJ Growth Management, LLC, Draper Fisher Jurvetson Mercury Venture
4    Partners, L.P., Draper Associates, L.P., and Timothy Draper (collectively, "Defendants"), through
5    their undersigned counsel of record, hereby stipulate, pursuant to Local Rule 6-1(a), that the time
6    for Defendants to file and serve their responses to Plaintiff's First Amended Complaint in the
7    above-captioned action is extended to December 10, 2020.

8    Pursuant to Local Rule 6-2, Plaintiff and Defendants, by and through their respective
9    counsel, further stipulate to the following request to extend time for briefing responsive to any
10   motion to dismiss or other challenge to Plaintiff's First Amended Complaint filed by Defendants
11   on December 10, 2020:

12   WHEREAS, the current deadline for AllRounds to oppose said motion is December 24,
13   2020 (*see* L.R. 7-3(a)), and the current deadline for Defendants' reply is December 31, 2020 (*see*
14   L.R. 7-3(c));

15   WHEREAS, the parties have conferred and request to move the deadline for AllRounds to
16   oppose said motion to January 13, 2021, and the deadline for Defendants' reply to February 2,
17   2021;

18   WHEREAS, Defendants will notice said motion for a hearing on February 18, 2021;

19   WHEREAS, the parties request this modest increase in time to allow sufficient time to
20   address the forthcoming motion and to avoid unduly burdening either party during the upcoming
21   holidays;

22   WHEREAS, the parties previously stipulated to extend the deadline for Defendants other
23   than Timothy Draper to respond to Plaintiff's original Complaint in this case to December 10,
24   2020, and, therefore, this extension for Defendants to respond to Plaintiff's First Amended
25   Complaint will not result in any delay. *See* Dkt. Nos. 38, 43.

26   WHEREAS, the stipulated extensions do not affect the initial case management

-2-

JOINT STIPULATION AND [~~PROPOSED~~] ORDER
EXTENDING TIME FOR DEFENDANTS TO
RESPOND TO COMPLAINT AND FOR BRIEFING
SCHEDULE ON MOTION TO DISMISS;
CASE NO. 3:20-CV-07083-VC

SFACTIVE-905889161.3

conference, currently scheduled for January 12, 2021, or any other deadlines in this case.

NOW THEREFORE, the Parties hereby stipulate and request that the Court extend the deadline for AllRounds to oppose Defendants' motion to January 13, 2021, and extend the deadline for Defendants' reply to February 2, 2021.

Dated: December 2, 2020     CROWELL & MORING LLP

By: */s/ Gabriel M. Ramsey*
Gabriel M. Ramsey

Attorneys for Defendants,
eShares, Inc. dba Carta, Inc., Carta Capital Markets, LLC, Carta Securities, LLC

Dated: December 2, 2020     MANATT, PHELPS & PHILLIPS, LLP

By: */s/ Christopher L. Wanger*
Christopher L. Wanger

Attorneys for Defendants,
DFJ Management, LLC; Threshold Management LLC; DFJ Growth Management, LLC; Draper Fisher Jurvetson Mercury Venture Partners, L.P., Draper Associates, L.P., and Timothy Draper

Dated: December 2, 2020     KIRKLAND & ELLIS, LLP

By: */s/ Adam R. Alper*
Adam R. Alper

Attorneys for Plaintiff,
AllRounds, Inc.

-3-

JOINT STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND FOR BRIEFING SCHEDULE ON MOTION TO DISMISS; CASE NO. 3:20-CV-07083-VC

SFACTIVE-905889161.3

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that the other above-named signatories concur in this filing.

Dated: December 2, 2020

CROWELL & MORING LLP

By: /s/ *Gabriel M. Ramsey*
Gabriel M. Ramsey

Attorneys for Defendants
eShares, Inc. dba Carta, Inc., Carta Capital Markets, LLC, Carta Securities, LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.  **AS MODIFIED**

Dated: December 3, 2020

Honorable
United States District Judge

*IT IS SO ORDERED AS MODIFIED — Judge Vince Chhabria*

**The initial case management conference scheduled for January 12 is continued to Tuesday, March 16 at 2 p.m. A joint case management statement is due by Tuesday, March 9.**

-4-

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND FOR BRIEFING SCHEDULE ON MOTION TO DISMISS;
CASE NO. 3:20-CV-07083-VC

SFACTIVE-905889161.3