| | |
|---|---|
| Gabriel M. Ramsey (State Bar No. 209218)<br>  GRamsey@crowell.com<br>Molly A. Jones (State Bar No. 301419)<br>  MoJones@crowell.com<br>CROWELL & MORING LLP<br>3 Embarcadero Center, 26th Floor<br>San Francisco, CA 94111<br>Telephone: 415.986.2800<br>Facsimile:  415. 986.2827<br><br>Attorneys for Defendants<br>ESHARES, INC. D/B/A CARTA, INC., CARTA CAPITAL MARKETS, LLC AND CARTA SECURITIES, LLC<br><br>MANATT, PHELPS & PHILLIPS, LLP<br>Christopher L. Wanger (CA Bar No. 164751)<br>cwanger@manatt.com<br>One Embarcadero Center, 30th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 291-7400<br>Facsimile:  (415) 291-7474<br><br>Attorneys for Defendants,<br>DFJ MANAGEMENT, LLC, THRESHOLD MANAGEMENT LLC, DFJ GROWTH MANAGEMENT, LLC, DRAPER FISHER JURVETSON MERCURY VENTURE PARTNERS, L.P., DRAPER ASSOCIATES, L.P., AND TIMOTHY DRAPER | Adam R. Alper (SBN 196834)<br>Reza Dokhanchy (SBN 287684)<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California 94104<br>adam.alper@kirkland.com<br>reza.dokhanchy@kirkland.com<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>Michael W. De Vries (SBN 211001)<br>KIRKLAND & ELLIS LLP<br>555 South Flower Street, Suite 3700<br>Los Angeles, California 90071<br>michael.devries@kirkland.com<br>Telephone:  (213) 680-8400<br>Facsimile:   (213) 680-8500<br>Attorneys for Plaintiff<br>ALLROUNDS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLROUNDS, INC.,<br><br>             AllRounds,<br><br>    v.<br><br>ESHARES, INC. D/B/A CARTA, INC., CARTA CAPITAL MARKETS, LLC, CARTA SECURITIES, LLC, DFJ MANAGEMENT, LLC, THRESHOLD MANAGEMENT LLC, DFJ GROWTH MANAGEMENT, LLC, DRAPER FISHER JURVETSON MERCURY VENTURE PARTNERS, L.P., DRAPER ASSOCIATES, L.P., AND TIMOTHY DRAPER,<br><br>             Defendants. | Case No. 3:20-cv-07083-VC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' REPLY DEADLINE** |

Pursuant to Local Rule 6-2, Plaintiff AllRounds, Inc. ("Plaintiff"), Defendants eShares, Inc. d/b/a Carta, Inc., Carta Capital Markets, LLC, and Carta Securities, LLC, and Defendants DFJ Management, LLC, Threshold Management, LLC, DFJ Growth Management, LLC, Draper Fisher Jurvetson Mercury Venture Partners, L.P., Draper Associates, L.P., and Timothy Draper (collectively, "Defendants", and together with Plaintiff, "Parties"), through their undersigned counsel of record, hereby stipulate to the following request that the time for Defendants to file and serve their replies in support of their respective motions to dismiss be extended from February 2, 2021 to February 4, 2021:

WHEREAS, the Parties previously stipulated to extend the deadline for Defendants to respond to Plaintiff's First Amended Complaint to December 10, 2020, and to establish an extended briefing schedule on Defendants' respective motions to dismiss (Dkt. Nos. 47, 48);

WHEREAS, the Parties' prior stipulation contained a typographical error and erroneously requested the deadline for Defendants to file their replies in support of their respective motions to dismiss be set to February 2, 2021 instead of February 4, 2021 as agreed to by the parties (*see* Dkt. No. 47 at 3:4);

WHEREAS, the Court granted the Parties' stipulation to extend the deadline for Defendants to respond to Plaintiff's First Amended Complaint and will hear the motions to dismiss on February 18, 2021 (*see* Dkt. No. 48), and, therefore, this minor extension for Defendants' replies will not result in any delay and will still require the replies to be filed fourteen (14) days in advance of the hearing date;

WHEREAS, the stipulated extensions do not affect the initial case management conference, currently scheduled for March 16, 2021, or any other deadlines in this case;

NOW THEREFORE, the Parties hereby stipulate and request that the Court extend the deadline for Defendants' reply to February 4, 2021.

| | | |
|---|---|---|
| 1 | Dated:  December 11, 2020 | CROWELL & MORING LLP |
| 2 | | |
| 3 | | By: */s/ Molly A. Jones*<br>      Molly A. Jones |
| 4 | | Attorneys for Defendants,<br>eShares, Inc. d/b/a Carta, Inc., Carta Capital<br>Markets, LLC, Carta Securities, LLC |
| 5 | | |
| 6 | Dated:  December 11, 2020 | MANATT, PHELPS & PHILLIPS, LLP |
| 7 | | |
| 8 | | By: */s/ Christopher L. Wanger*<br>      Christopher L. Wanger |
| 9 | | Attorneys for Defendants,<br>DFJ Management, LLC; Threshold<br>Management LLC; DFJ Growth<br>Management, LLC; Draper Fisher Jurvetson<br>Mercury Venture Partners, L.P., Draper<br>Associates, L.P., and Timothy Draper |
| 13 | Dated:  December 11, 2020 | KIRKLAND & ELLIS, LLP |
| 14 | | |
| 15 | | By: */s/ Adam R. Alper*<br>      Adam R. Alper |
| 16 | | Attorneys for Plaintiff,<br>AllRounds, Inc. |

### FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that the other above-named signatories concur in this filing.

| | | |
|---|---|---|
| 22 | Dated:  December 11, 2020 | CROWELL & MORING LLP |
| 23 | | |
| 24 | | By: */s/ Molly A. Jones*<br>      Molly A. Jones |
| 25 | | Attorneys for Defendants,<br>eShares, Inc. d/b/a Carta, Inc., Carta Capital<br>Markets, LLC, Carta Securities, LLC |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 14, 2020

APPROVED
Judge Vince Chhabria