UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLROUNDS, INC.,<br><br>             Plaintiff,<br><br>       v.<br><br>ESHARES, INC., et al.,<br><br>             Defendants. | Case No. 20-cv-07083-VC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTIONS TO DISMISS**<br><br>Re: Dkt. Nos. 52, 56 |

For the reasons stated on the record, the misappropriation of trade secret claims are dismissed with leave to amend. Any amended complaint shall be filed within 21 days of this order, and the defendants have 21 days to respond after the filing of the amended complaint.

Also for the reasons stated on the record, the Carta defendants' motion to dismiss the patent infringement claims is denied without prejudice to renewing the motion upon the filing of the amended complaint.

**IT IS SO ORDERED.**

Dated: March 5, 2021

_____
VINCE CHHABRIA
United States District Judge