# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Adam R. Alper
To Call Writer Directly:
+1 415 439 1876
adam.alper@kirkland.com

555 California Street
San Francisco, CA 94104
United States

+1 415 439 1400

www.kirkland.com

Facsimile:
+1 415 439 1500

July 23, 2021

**VIA ECF**
Honorable Vince Chhabria
United States District Judge
450 Golden Gate Avenue
San Francisco, CA 94102

Re: AllRounds, Inc. v. eShares, Inc., et al., 3:20-CV-07083-VC

Dear Judge Chhabria:

Pursuant to the Court's instruction at the Case Management Conference held on July 21, 2021, the parties in the above-titled action, Plaintiff AllRounds, Inc. and Defendants DFJ Management, LLC, DFJ Growth Management, LLC, Draper Fisher Jurvetson Mercury Venture Partners, L.P., Draper Associates, L.P., Timothy Draper, eShares, Inc. d/b/a/ Carta, Inc., Carta Capital Markets, LLC, and Carta Securities, LLC have conferred and jointly propose that Magistrate Judge Joseph Spero conduct the settlement conference in the above-titled action. If Magistrate Judge Spero is unavailable, then the parties propose Magistrate Judge Virginia DeMarchi.

## KIRKLAND & ELLIS LLP

Hon. Vince Chhabria
July 23, 2021
Page 2

                                                Sincerely,

                                                */s/ Adam R. Alper*
                                                Adam R. Alper

*Attorney for Plaintiff AllRounds, Inc.*

*/s/ Gabriel M. Ramsey*
Gabriel M. Ramsey

*Attorney for Defendants eShares, Inc. dba Carta, Inc., Carta Capital Markets, LLC, Carta Securities, LLC*

*/s/ Christopher L. Wanger*
Christopher L. Wanger

*Attorney for DFJ Management, LLC; DFJ Growth Management, LLC; Draper Fisher Jurvetson Mercury Venture Partners, L.P., Draper Associates, L.P., and Timothy Draper*

## FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that the other above-named signatories concur in this filing.

Dated:  July 23, 2021                                KIRKLAND & ELLIS LLP

                                                          By:  */s/ Adam R. Alper*
                                                                 Adam R. Alper