| | |
|---|---|
| 1 | Adam R. Alper (SBN 196834) |
| 2 | Brandon H. Brown (SBN 266347) |
| | Barbara N. Barath (SBN 268146) |
| 3 | Reza Dokhanchy (SBN 287684) |
| | KIRKLAND & ELLIS LLP |
| 4 | 555 California Street |
| | San Francisco, California 94104 |
| 5 | adam.alper@kirkland.com |
| | bhbrown@kirkland.com |
| 6 | barbara.barath@kirkland.com |
| | reza.dokhanchy@kirkland.com |
| 7 | Telephone: (415) 439-1400 |
| | Facsimile: (415) 439-1500 |
| 8 | Michael W. De Vries (SBN 211001) |
| | KIRKLAND & ELLIS LLP |
| 9 | 555 South Flower Street, Suite 3700 |
| | Los Angeles, California 90071 |
| 10 | michael.devries@kirkland.com |
| | Telephone: (213) 680-8400 |
| 11 | Facsimile: (213) 680-8500 |

Attorneys for Plaintiff and Counterclaim-Defendant
ALLROUNDS, INC.

*[Additional counsel listed on signature page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALLROUNDS, INC., | ) |
| Plaintiff and Counterclaim-Defendant, | ) |
| v. | ) CASE NO. 3:20-CV-07083-VC |
| ESHARES, INC. D/B/A CARTA, INC., CARTA CAPITAL MARKETS, LLC, and CARTA SECURITIES, LLC, | ) **PLAINTIFF ALLROUNDS, INC.'S TABLE OF EXHIBITS IN SUPPORT OF ITS MOTION FOR CLAIM CONSTRUCTION AND PARTIAL SUMMARY JUDGMENT** |
| Defendants and Counterclaim-Plaintiffs | ) |
| DFJ MANAGEMENT, LLC, DFJ GROWTH MANAGEMENT, LLC, DRAPER FISHER JURVETSON MERCURY VENTURE PARTNERS, L.P., DRAPER ASSOCIATES, L.P., DRAPER ASSOCIATES VI, L.P., and TIMOTHY DRAPER, | ) DATE: September 20, 2022<br>TIME: 9:00 A.M.<br>PLACE: Courtroom 4 – 17th Floor<br>JUDGE: Hon. Vince Chhabria |
| Defendants. | ) |

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, and the Court's "Standing Order for Civil Cases before Judge Vince Chhabria," Plaintiff AllRounds, Inc. ("AllRounds") hereby respectfully submits the following Table of Exhibits in support of its Motion for Claim Construction and Partial Summary Judgment.

| Exhibit No. | Description | Declaration |
|---|---|---|
| 1 | Expert Report of Christopher H. Thomas in Support of Plaintiff AllRounds, Inc.'s Preliminary Claim Constructions, December 22, 2021 | Declaration of Adam R. Alper in Support of AllRounds' Motion for Claim Construction and Partial Summary Judgment ("Alper Declaration") |
| 2 | Declaration of Michael Maffatone in Support of Carta's Proposed Construction of Claim Terms, December 23, 2021 [EXCERPT] | Alper Declaration |
| 3 | Claims 1-2, 4-5, 7-10, 12-13 of U.S. Patent Nos. 8,046,295 and 8,374,954 | Alper Declaration |
| 4 | Figures 1-28B from the certified file history of U.S. Patent No. 8,374,954 [EXCERPT] | Alper Declaration |
| 5 | Deposition transcript of Michael Maffatone, February 25, 2022 [EXCERPT] | Alper Declaration |
| 6 | A document bearing production bates numbers CARTA-0051728 through CARTA-0051730 | Alper Declaration |
| 7 | Expert Report of Christopher H. Thomas Regarding Defendants' Trade Secret Misappropriation and Patent Infringement, Volume I, May 2, 2022 [EXCERPT] | Alper Declaration |
| 8 | Responsive Expert Report of Christopher H. Thomas, Volume III, June 6, 2022 [EXCERPT] | Alper Declaration |
| 9 | Deposition transcript of Michael Maffatone, July 1, 2022 [EXCERPT] | Alper Declaration |
| 10 | Deposition transcript of Michael Maffatone, June 30, 2022 [EXCERPT] | Alper Declaration |
| 11 | Expert Report of Michael Maffatone Regarding Invalidity of U.S. Patent Nos. 8,046,295 and 8,374,954 Under 35 U.S.C. § 112, May 2, 2022 [EXCERPT] | Alper Declaration |

| Exhibit No. | Description | Declaration |
|---|---|---|
| 12 | Expert Report of Bernard Donefer Regarding Invalidity of U.S. Patent Nos. 8,046,295 and 8,374,954, May 2, 2022 [EXCERPT] | Alper Declaration |
| 13 | Deposition transcript of J. Gary Meehan, May 27, 2022 [EXCERPT] | Alper Declaration |
| 14 | Exhibit A of the Responsive Expert Report of Christopher H. Thomas, June 6, 2022 | Alper Declaration |
| 15 | Declaration of J. Gary Meehan Regarding Production Related to Genesis Exchange, April 29, 2022 | Alper Declaration |
| 16 | United States Patent Application Publication No. 2005/0038727, filed August 14, 2003 and published February 17, 2005 | Alper Declaration |
| 17 | United States Patent Application Publication No. 2005/0091133, filed October 23, 2003 and published April 28, 2005 | Alper Declaration |
| 18 | United States Patent No. 8,046,295, filed February 22, 2008, issued October 25, 2011 | Alper Declaration |
| 19 | United States Patent No. 8,374,954, filed October 24, 2011, issued February 12, 2013 | Alper Declaration |

DATED: July 18, 2022                                       Respectfully submitted,

*/s/ Adam R. Alper*
Adam R. Alper (SBN 196834)
Brandon H. Brown (SBN 266347)
Barbara N. Barath (SBN 268146)
Reza Dokhanchy (SBN 287684)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
adam.alper@kirkland.com
bhbrown@kirkland.com
barbara.barath@kirkland.com
reza.dokhanchy@kirkland.com
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700

Los Angeles, California 90071
michael.devries@kirkland.com
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Ellisen Shelton Turner (SBN 224842)
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, California 90067
ellisen.turner@kirkland.com
Telephone: (310) 552-4200
Facsimile: (310) 552-5900

Leslie M. Schmidt (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
leslie.schmidt@kirkland.com
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Attorneys for Plaintiff and
Counterclaim-Defendant
ALLROUNDS, INC.